# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>UNSEALED<br>V.<br>RUSSELL CARLTON PALMER | DOCKET NO:<br>07-207 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Russell Carlton Palmer | |
| DOB:           PDID: | **FILED**<br>SEP 0 4 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO:  ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL DISTRIBUTION OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE HEROIN;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE CANNABIS

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(B)(iii); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>8/16/07 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>*Michael Darby* | DATE:<br>8/16/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 9/4/07 | Anthony Santoro DUSM | Anthony Santoro |
| HIDTA CASE:  Yes   No X | | OCDETF CASE:  Yes   No X |