UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No: 07-CR-207 (RJL)** |
| : | |
| **RUSSELL CARLTON PALMER, JR.** : | |
| Defendant. | |

## NOTICE OF APPLICABILITY OF ENHANCED PENALTIES
## AND INFORMATION CONCERNING DEFENDANT'S PRIOR CONVICTIONS

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, Russell Carlton Palmer, Jr., has been convicted of the following offenses:

| OFFENSE | CASE NUMBER | JURISDICTION | DATE |
|---|---|---|---|
| Dist. Cocaine<br>Att. Dist. Cocaine | F-10527-89 | Washington, DC | 01-31-90 |
| Dist. Heroin | F-09874-85 | Washington, DC | 02-15-90 |

The United States further informs the Court that the existence of any prior conviction(s) for a felony drug offense(s) as defined by Title 21, United States Code, Section 802 (44), may subject the defendant to enhanced penalties under Title 21, United States Code, Section 841(b). The

existence of two prior qualifying drug convictions subjects the defendant to a sentence of a mandatory term of life without release.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          UNITED STATES ATTORNEY
          Bar No. 498610

---

          Nancy B. Jackson
          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Government's Notice to be served upon counsel for the defense through the Court's ECF filing system.

---

          NANCY B. JACKSON