UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.            Cr. No. 07-207 (RJL/JMF)

**RUSSELL CARLTON PALMER,**

    Defendant.

**MEMORANDUM**

This is an unusual case. Indeed, it is one of the few where I denied the government's motion for detention even though the defendant is on parole. I did so because I have been advised that the defendant's parole officer is seeking a warrant, charging a parole violation, from the Parole Commission and I expect the Parole Commission to act soon. Obviously, if the warrant issues, the defendant will be held on the warrant until the disposition of this case. Detention in this case may be, in that sense, academic. If, on the other hand, the application of the parole officer is denied, I will, at Judge Leon's direction, return to the question of the defendant's detention at a hearing to be held after the status hearing set before Judge Leon on September 12, 2007.

                              ___/s/_____
                              JOHN M. FACCIOLA
                              UNITED STATES MAGISTRATE JUDGE

Dated: September 11, 2007