## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  07-207 (RCL)** |
| | : | |
| **v.** | : | |
| | : | |
| **RUSSELL PALMER** | : | |
| | : | |
| | : | |
| **Defendant.** | | |

### NOTICE OF ASSIGNMENT AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above captioned matter is now assigned to Assistant

United States Attorney, Gregory Marshall at telephone number (202) 353-7557 and/or email address

Gregory.Marshall@usdoj.gov.  Mr. Marshall will substitute for AUSA Nancy Jackson as counsel

for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No.: 498-610

_____
ASSISTANT UNITED STATES ATTORNEY
GREGORY MARSHALL
555 4th Street, N.W., Room 4126
Washington, DC 20001
(202) 353-7557

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served by electronic filing to counsel for the defendant on this 17th day of September, 2007.

_____

GREGORY MARSHALL
Assistant United States Attorney