CO-526
(12/86)

FEB 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              )
                                      )
                                      )
            vs.                       )   Criminal No. 07-207
                                      )
     Russell Carlton Palmer           )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
         Defendant

_____
     Counsel for defendant

I consent:

_____
    United States Attorney

Approved:

_____
           Judge