UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 07-207 (RJL) |
| v. | |
| RUSSELL CARLTON PALMER,<br>Defendant.<br>_____/ | |

FILED

FEB 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROFFER OF EVIDENCE

If this case were to go to trial, the Government's evidence would establish the following beyond a reasonable doubt:

1.     On October 9, 2003, in the area of the 700 block of Fifteenth Street in Northwest Washington, D.C., the defendant, Russell Carlton Palmer, sold 26.3 grams of cocaine base (also known as "crack") for $1,000 to an informant who was acting on behalf of law enforcement officers.

2.     On December 16, 2003, in the area of the 400 block of Lamont Street in Northwest Washington, D.C., the defendant sold 59.2 grams of cocaine base to the same informant for $2,000.

3.     On July 25, 2007, in the area of the 700 block of Harvard Street in Northwest, Washington, D.C., the defendant sold two rocks of crack to an undercover police officer for $40. Thereafter on the same date, police offers recovered the following from inside of the defendant's automobile: 7.6 grams of cocaine base (which were packaged in two small ziplock bags), approximately 1.5 grams of heroin, 11.9 grams of marijuana (which were packaged in ten small ziplock bags), and $3,300 in United States currency.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the defendant or the Government, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate

Page 1 of 3

that there exists a sufficient legal basis for the defendant's plea of guilty to the charge of Unlawful Distribution of 50 Grams or More of Cocaine Base.

                                        Respectfully submitted,

                                        Jeffrey A. Taylor
                                        United States Attorney
                                        D.C. Bar No. 498610

By:      _____
          Gregory G. Marshall
          Assistant United States Attorney
          N.Y. Bar
          555 Fourth Street, N.W., Room 4126
          Washington, D.C. 20530
          (202) 353-7557
          gregory.marshall@usdoj.gov

### Defendant's Acceptance

I have read the Proffer of Evidence setting forth the facts as to my conduct involving the unlawful distribution of 50 grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii). I have discussed this proffer fully with my attorney, Mary Petras, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 2/06/08

Russell Carlton Palmer
Defendant

### Attorney's Acknowledgment

I have read each of the pages constituting the government's proffer of evidence as to my client's unlawful distribution of 50 grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii). I have reviewed the entire proffer with my client and have fully discussed it with him.

Date: 2/6/08

Mary Petras, Esquire
Counsel for Russell Carlton Palmer