UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-207 (RJL) |
| | ) |
| RUSSELL CARLTON PALMER, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**
(February 2_, 2010) [# 22]

FILED
FEB 2 6 2010
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This matter comes before the Court on defendant Russell Palmer's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c). In support of his motion, Palmer points to Amendment 706,[1] which reduced the base offense level for certain crimes involving crack cocaine.

Palmer's motion must be summarily denied. First, as the Government points out, he was sentenced *after* Amendment 706 was enacted. Indeed, Palmer was sentenced on May 8, 2008, while Amendment 706 became active roughly five months earlier. Therefore, Palmer cannot avail himself of 18 U.S.C. § 3582(c)(2), which allows for a sentence reduction only if the defendant was sentenced based on a range that was *subsequently* lowered by the Sentencing Commission. Moreover, Palmer was sentenced pursuant to a statutory mandatory minimum.

---

[1] U.S.S.G. App'x C Supplement, Amendment 706 (Nov. 1, 2007).

1

Accordingly, he is "ineligible for relief under section 3582(c)(2)." *United States v. Cook*, --- F.3d ----, 2010 WL 481270 at *6 (D.C. Cir. Feb. 12, 2010).

For these reasons, it is hereby

**ORDERED** that defendant's Motion for Modification of Term of Imprisonment Under Title 18 U.S.C. Section 3582(c) and U.S.S.G. Section 1B1.10 [# 22] is DENIED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge